UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREW GUARINO, individually and on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>      Defendant. | Civil Action No. 1:22-cv-20981-CMA |

## NOTICE OF APPEARANCE

JULIE SINGER BRADY of the law firm of Baker & Hostetler LLP hereby enters this appearance as counsel of record for Defendant, LAKEVIEW LOAN SERVICING, LLC, and requests that copies of all pleadings and papers filed herein be served upon her.

DATED this 8th day of April, 2022.

                                              */s/ Julie Singer Brady*
                                              Julie Singer Brady
                                              Florida Bar No. 0389315
                                              Primary Email:
                                                        jsingerbrady@bakerlaw.com
                                              Secondary Email:   cchaplan@bakerlaw.com
                                              BAKER & HOSTETLER LLP
                                              2300 SunTrust Center
                                              200 South Orange Avenue
                                              Post Office Box 112
                                              Orlando, Florida 32802
                                              Telephone:  407-649-4000
                                              Telecopier:  407-841-0168
                                              *Attorneys for Defendant Lakeview Loan Servicing, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Julie Singer Brady*
Julie Singer Brady
